# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN HUSSER, | ) | No. SA CV 13-434-VAP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEFFREY BEARD, et al., | ) | |
| Respondents. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed with prejudice.

DATED: April 24, 2015_____    _____
                                     HONORABLE VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE